1   CAMERON STOUT, CASB No. 117373
    cameron.stout@kyl.com
2   JULIE L. TAYLOR, CASB No. 154341
    julie.taylor@kyl.com
3   JAMES F. ALEXANDER, CASB No. 258111
    james.alexander@kyl.com
4   KEESAL, YOUNG & LOGAN
    A Professional Corporation
5   450 Pacific Avenue
    San Francisco, California 94133
6   Telephone: (415) 398-6000
    Facsimile: (415) 981-0136
7

8   Attorneys for Defendant
    CITIGROUP GLOBAL MARKETS INC.
9

10               UNITED STATES BANKRUPTCY COURT

11     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13   In re                      )   Case No. 10-30904 DM
                            )   (Chapter 7)
14   JOSEPH JOHN VIOLA,         )
    aka GIUSEPPE VIOLA,         )   AP No. 10-03109
15                             )
                    Debtor.   )
16                             )   *Action filed: June 29, 2010*
    _____)
17                             )
    FRANK RACIOPPO, an individual, JANICE  )
18   RACIOPPO, an individual, and MARK    )   **STIPULATION TO ENLARGE TIME TO**
    RACIOPPO, an individual, on behalf of   )   **ANSWER, MOVE, OR OTHERWISE**
    themselves and all others similarly situated, )   **RESPOND TO ADVERSARY COMPLAINT**
19                             )
                    Plaintiffs,  )   **Bankr. L. R. 9006-1(b)**
20                             )
                          )
21         vs.                     )
                          )
22   JOSEPH VIOLA, an individual, RIK     )
    SCHRAMMEL, an individual, and CITIGROUP )
23   GLOBAL MARKETS, INC., a New York   )
    corporation,                  )
24                           )
                  Defendants.  )
25                           )
    _____)
26

STIPULATION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO ADVERSARY
COMPLAINT – Case No. 10-30904 DM, AP No. 10-03109

Case: 10-03109   Doc# 9   Filed: 07/27/10   Entered: 07/27/10 17:05:20   Page 1 of 5

1

2      Pursuant to Bankruptcy Local Rule 9006-1(b), it is hereby stipulated by and between

3   Plaintiffs FRANK RACIOPPO, JANICE RACIOPPO, and MARK RACIOPPO ("Plaintiffs") and

4   Defendants CITIGROUP GLOBAL MARKETS INC. ("CGMI") and RIK SCHRAMMEL, through

5   their respective counsel of record, that CGMI and Schrammel may have up to and including August

6   13, 2010, within which to answer, move or otherwise to respond to the Adversary Complaint filed by

7   Plaintiffs. This stipulation shall not be deemed a waiver of any defense that may be brought pursuant

8   to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b).

9      There are no scheduled events or deadlines fixed by the Court that will be altered

10   because of this enlargement of time. Accordingly, no Court order is required for this stipulation. *See*

11   Bankr. L. R. 9006-1(b). The parties will confer upon and propose a mutually convenient schedule for

12   motion practice before the Court.

13

14   DATED: July **23**, 2010

15                                          William McGrane
16                                          Maureen Harrington
                                            Gavin Harry McGrane
17                                          William J. Walraven
                                            McGRANE GREENFIELD LLP
18                                          Attorneys for Plaintiffs
                                            Frank Racioppo, Janice Racioppo and Mark
                                            Racioppo
19

20   DATED: July _____, 2010               _____

21                                          Cameron Stout
                                            Julie L. Taylor
22                                          James F. Alexander
                                            KEESAL, YOUNG & LOGAN
23                                          Attorneys for Defendant
                                            CITIGROUP GLOBAL MARKETS INC.
24

25   DATED: July _____, 2010               _____

26                                          David J. Romanski
                                            CHAPMAN, POPIK & WHITE LLP

- 2 -                                       KYL_SF510750

STIPULATION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO ADVERSARY
COMPLAINT -- CASE NO. 10-30904 DM, AP NO. 10-03109

1    Pursuant to Bankruptcy Local Rule 9006-1(b), it is hereby stipulated by and between

2 Plaintiffs FRANK RACIOPPO, JANICE RACIOPPO, and MARK RACIOPPO ("Plaintiffs") and

3 Defendants CITIGROUP GLOBAL MARKETS INC. ("CGMI") and RIK SCHRAMMEL, through

4 their respective counsel of record, that CGMI and Schrammel may have up to and including August

5 13, 2010, within which to answer, move or otherwise to respond to the Adversary Complaint filed by

6 Plaintiffs. This stipulation shall not be deemed a waiver of any defense that may be brought pursuant

7 to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b).

8    There are no scheduled events or deadlines fixed by the Court that will be altered

9 because of this enlargement of time. Accordingly, no Court order is required for this stipulation. *See*

10 Bankr. L. R. 9006-1(b). The parties will confer upon and propose a mutually convenient schedule for

11 motion practice before the Court.

12

13 DATED: July _____, 2010

14 _____
   William McGrane
15 Maureen Harrington
   Gavin Harry McGrane
16 William J. Walraven
   McGRANE GREENFIELD LLP
17 Attorneys for Plaintiffs
   Frank Racioppo, Janice Racioppo and Mark
18 Racioppo

19 DATED: July 23, 2010    _____

20 Cameron Stout
   Julie L. Taylor
21 James F. Alexander
   KEESAL, YOUNG & LOGAN
22 Attorneys for Defendant
   CITIGROUP GLOBAL MARKETS INC.

23

24 DATED: July _____, 2010

25 _____
   David J. Romanski
   CHAPMAN, POPIK & WHITE LLP
26 Attorney for Defendant
   RIK SCHRAMMEL

- 2 -

STIPULATION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO ADVERSARY
COMPLAINT -- CASE NO. 10-30904 DM, AP NO. 10-03109

1    Pursuant to Bankruptcy Local Rule 9006-1(b), it is hereby stipulated by and between

2 Plaintiffs FRANK RACIOPPO, JANICE RACIOPPO, and MARK RACIOPPO ("Plaintiffs") and

3 Defendants CITIGROUP GLOBAL MARKETS INC. ("CGMI") and RIK SCHRAMMEL, through

4 their respective counsel of record, that CGMI and Schrammel may have up to and including August

5 13, 2010, within which to answer, move or otherwise to respond to the Adversary Complaint filed by

6 Plaintiffs. This stipulation shall not be deemed a waiver of any defense that may be brought pursuant

7 to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b).

8    There are no scheduled events or deadlines fixed by the Court that will be altered

9 because of this enlargement of time. Accordingly, no Court order is required for this stipulation. *See*

10 Bankr. L. R. 9006-1(b). The parties will confer upon and propose a mutually convenient schedule for

11 motion practice before the Court.

12

13 DATED: July _____, 2010

                               _____

14
                               William McGrane
                               Maureen Harrington

15
                               Gavin Harry McGrane
                               William J. Walraven

16
                               McGRANE GREENFIELD LLP
                               Attorneys for Plaintiffs

17
                               Frank Racioppo, Janice Racioppo and Mark
                               Racioppo

18

19 DATED: July _____, 2010

                               _____

20
                               Cameron Stout
                               Julie L. Taylor

21
                               James F. Alexander
                               KEESAL, YOUNG & LOGAN

22
                               Attorneys for Defendant
                               CITIGROUP GLOBAL MARKETS INC.

23

24 DATED: July 26 , 2010

                               *David J. Romanski*

25
                               David J. Romanski
                               CHAPMAN, POPIK & WHITE LLP

26
                               Attorney for Defendant
                               RIK SCHRAMMEL

- 2 -

STIPULATION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO ADVERSARY
COMPLAINT – CASE NO. 10-30904 DM, AP NO. 10-03109

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

       I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California  94133.

       On July 27, 2010, I served the foregoing documents described as **STIPULATION TO ENLARGE TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO ADVERSARY COMPLAINT** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| MR. GIUSEPPE VIOLA<br>MARICOPA COUNTY JAIL<br>201 S. 4TH AVENUE<br>PHOENIX, ARIZONA 85003<br>*Via Overnight Mail* | DAVID J. ROMANSKI, ESQ.<br>CHAPMAN, POPIK & WHITE LLP<br>650 CALIFORNIA STREET<br>19TH FLOOR<br>SAN FRANCISCO, CA 94108<br>*TEL:* (415) 352-3000<br>*Via U.S. Mail* |

       ☒     BY U.S. MAIL:  I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

       ☒     BY OVERNIGHT DELIVERY:  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the above-named persons at the addresses exhibited therewith.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

       Executed on July 27, 2010 at San Francisco, California.

       I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

       I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
MENCHIE GARCIA

KYL_SF\510988.1